```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA
```

**GERALD A. WEST,**                  :
                                     :
      **Plaintiff**             :   No. 1:15-CV-00858
                                     :
  vs.                            :   (Judge Kane)
                                     :
**LIEUTENANT MILLER, et al.,**       :
                                     :
      **Defendants**            :

<u>**ORDER**</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

    1.   Defendants' motion to dismiss and/or for summary judgment (Doc. 12) is deemed unopposed and **GRANTED.**

    2.   Milton's complaint is **DISMISSED** for failure to prosecute and abide by a court order.

    3.   The Clerk of Court shall **CLOSE** this case.

    4.   Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                             <u>S/ Yvette Kane</u>
                             Yvette Kane
                             United States District Judge

Date: December 15, 2015