```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA
```

**GERALD A. WEST,**          :
        **Plaintiff**          :   No. 1:15-CV-00858
        **vs.**                :   (Judge Kane)
**LIEUTENANT MILLER, et al.,** :
        **Defendants**         :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. West's motion for reconsideration (Doc. No. 27) is **GRANTED**.[1]

2. Defendants' second motion for enlargement of time (Doc. NO. 34) to file a brief in opposition to West's motion for reconsideration is **DENIED** as moot.

3. Defendants' motion to dismiss the complaint and/or for summary judgment (Doc. 12) is **GRANTED** as set forth below.

4. West's claim for damages against Defendant Harding with respect to Incident Report 2483187 is **DISMISSED** pursuant to Heck and Edwards.

5. Summary judgment is entered in favor of Defendants and against West for West's failure to exhaust administrative remedies.

---

1. This case is presently closed and there is no need for the Clerk to reopen the case in light of paragraph 2 through 5.

      6.   The Clerk of Court shall enter judgment in favor of the Defendants and against Plaintiff as set forth in paragraphs 5.


                                           <u>S/ Yvette Kane</u>
                                           Yvette Kane
                                           United States District Judge


Date: August 23, 2016